# United States District Court
## Violation Notice

CVB Location Code: **EV64**

Violation Number: **4762290**
Officer Name (Print): **Amaya**
Officer No.: **40**

4762290

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **02/19/2015 0926**
Offense Charged: ☒ CFR ☐ USC ☐ State Code: **36 CFR 4.21 (c)**

Place of Offense: **N/B GWMP S/O Collingwood Picnic**

Offense Description; Factual Basis for Charge: HAZMAT ☐
**Speeding 66/45**
**Radar DS-37824/8A16970/FB290778**

### DEFENDANT INFORMATION
Last Name: **DUCCESCHI**
First Name: **LUCA**
M.I.: **A**

Tag No.: **VEA 7021**
State: **VA**
Year: **15**
Make/Model: **VW/PASSAT**
PASS ☐
Color: **GRY**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ **115** Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ **140** Total Collateral Due

### YOUR COURT DATE
Court Address: U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314
(703) 299-2100
Date: **05/07/2015**
Time: **0900**

X Defendant Signature _____

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident